No. 91–6702. BROOME *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 91–6704. AKANA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6705. WILLIE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6706. WHORF *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 91–6707. BERTRAM *v.* YLST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–6708. WHITEHEAD *v.* SENKOWSKI, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–6710. BURDEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6711. CARRANDI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6713. DIXON *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 91–6715. EDWARDS *v.* DELOACH, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–6716. COZZETTI *v.* ALASKA. Super. Ct. Alaska, 3d Jud. Dist. Certiorari denied.

No. 91–6718. D'AMARIO *v.* RUSSO ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–6719. BERRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6720. DAVENPORT *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 91–6721. RYCE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6723. HORN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.